Nanette Levi, Esq., State Bar No. 214111
MORGAN & MORGAN, P.A.
6824 Griffin Road
Davie, Florida 33314
Telephone: (954) 318-0268
Facsimile: (954) 333-3515
E-Mail: nlevi@forthepeople.com

Attorneys for Plaintiffs
CLAY BOLIN and TIMOTHY DUNN

Teresa R. Tracy, Esq., State Bar No. 89609
GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC.
P.O. Box 92621
Los Angeles, CA 90009-9998
Telephone: (310) 821-9000
Facsimile: (310) 775-8775
E-Mail: ttracy@gladstonemichel.com

Attorneys for Defendants
COUNTRY-WIDE TOWING and
WILLIAM GARDINER

E-FILED 12/02/10
JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY DUNN and CLAY BOLIN, suing individually and on behalf of all similarly situated persons,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTRY WIDE TOWING, INC., a California Corporation, and WILLIAM GARDINER, individually<br><br>    Defendants. | Case No. CV10-01303-PSG(AGRx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF THE CLAIMS OF PLAINTIFF BASED ON THE STIPULATION OF THE PARTIES [F.R.C.P.41(a)(2)]**<br><br>Action Filed: February 22, 2010 |

1

2    Plaintiffs Timothy Dunn and Clay Bolin and Defendants Country Wide
3 Towing and William Gardiner, through their respective counsel of record, have
4 stipulated that the Court dismiss the claims of Timothy Dunn and Clay Bolin in the
5 above-captioned action in their entirety with prejudice, and dismiss with prejudice
6 Country Wide Towing and William Gardiner as defendants, due to the settlement of
7 the matter between the parties on an individual, non-class basis.

8    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, pursuant to
9 Federal Rule of Civil Procedure 41(a)(2), that the claims of Plaintiffs Timothy Dunn
10 and Clay Bolin be dismissed in their entirety with prejudice and that Defendants
11 Country Wide Towing and William Gardiner, both be dismissed with prejudice as
12 defendants in this pending action.

13    IT IS SO ORDERED.

Dated: 12/01/10

**PHILIP S. GUTIERREZ**
Honorable Phillip S. Gutierrez
United States District Judge